IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN BENEDICT MAY, )
        Plaintiff, )
) C.A. No. 15-17 Erie
)
v. )
)
CRAWFORD COUNTY COURT, et al, )
        Defendants. )

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on January 14, 2015, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The Magistrate Judge's Report and Recommendation, issued on February 5, 2015, recommended that this case be dismissed due to Plaintiff's failure to prosecute. Service was made on Plaintiff by mail at the Erie County Prison, where he is incarcerated. No objections were filed. After de novo review of the Complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 26th day of February, 2015;

IT IS HEREBY ORDERED that this case is DISMISSED due to Plaintiff's failure to prosecute.

The Report and Recommendation of Magistrate Judge Baxter, issued February 5, 2015, is adopted as the Opinion of the Court.

                                                     s/ Arthur J. Schwab
                                                     Arthur J. Schwab
                                                     United States District Judge

cc:    John Benedict May
       Erie County Prison
       1618 Ash Street
       Erie   PA   16503

       Susan Paradise Baxter
       U.S. Magistrate Judge